# Third District Court of Appeal

## State of Florida

Opinion filed January 15, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1284
Lower Tribunal No. 19-4947
_____

## Elitex Program LLC, et al.,

Appellants,

vs.

## Partners and Friends Group, LLC, et al.,

Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

EPGD Attorneys at Law, P.A., and Andrea Natale and Oscar A. Gomez, for appellants.

Sanchez Vadillo, LLP, and Maria L. Larrabure, for appellees.

Before LOGUE, C.J., and SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed. See Fla. R. Civ. P. 1.510(c)(1)(A) ("A party asserting that a fact cannot be or is genuinely disputed must support the assertion by citing

to particular parts of materials in the record, including depositions, documents, electronically stored information, affidavits or declarations, stipulations (including those made for purposes of the motion only), admissions, interrogatory answers, or other materials[.]"); Fla. R. Civ. P. 1.510(c)(4) ("An affidavit or declaration used to support or oppose a motion must be made on personal knowledge, set out facts that would be admissible in evidence, and show that the affiant or declarant is competent to testify on the matters stated."); Mejia v. Jurich, 781 So. 2d 1175, 1177 (Fla. 3d DCA 2001) ("An action for fraud generally may not be predicated on statements of opinion or promises of future action, but rather must be based on a statement concerning a past or existing fact."); Fision Corp. v. Frueh, 369 So. 3d 1211, 1217 (Fla. 2d DCA 2023) ("[T]rial courts need not grant rehearing when the movant raises a new argument that could have, and should have, been raised prior to entry of summary judgment.").